```
                              United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                              Case No. 13-31357-rls
James P. Dillon                                                     Chapter 7
Linda M. Dillon
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0647-3          User: dhern              Page 1 of 2              Date Rcvd: Apr 05, 2013
                              Form ID: 227i            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2013.
db/db       +James P. Dillon,    Linda M. Dillon,    29 Clyde St,    Toledo, OH 43605-1930
tr          +Patti Baumgartner-Novak,    3015 Navarre Ave.,    #203,    Oregon, OH 43616-3339
22229847     Huntington National Bank,    PO Box 1558,    Columbus, OH 43216-1558
22229849     OneMain Financial,    3401 Woodville Rd Ste G,    Northwood, OH 43619-1566
22229850     PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
22229851     PNC Bank,    PO Box 400100,    Pittsburgh, PA 15268-0100
22229853     St. Vincent Mercy Medical Center,    2200 Jefferson Ave,    Toledo, OH 43604-7101
22229854    +WebBank,    Dell Financial Services,    PO Box 81607,    Austin, TX 78708-1607
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: ehf1@accesstoledo.com Apr 05 2013 21:56:20     Elliot H Feit,    420 Madison Ave,
              1010 Ohio Bldg,    Toledo, OH 43604
22229839     EDI: AMEREXPR.COM Apr 05 2013 21:48:00      American Express,    Customer Service,    PO Box 981535,
              El Paso, TX 79998-1535
22229840     EDI: CAPITALONE.COM Apr 05 2013 21:48:00      Capital One Bank USA, NA,    Bankruptcy Dept,
              PO Box 85167,    Richmond, VA 23285-5167
22229841     EDI: CAPITALONE.COM Apr 05 2013 21:48:00      Capital One Retail Services,    PO Box 5893,
              Carol Stream, IL 60197-5893
22229842     EDI: CITICORP.COM Apr 05 2013 21:48:00      Citibank, N.A.,    PO Box 6500,
              Sioux Falls, SD 57117-6500
22229843     EDI: DISCOVER.COM Apr 05 2013 21:48:00      Discover Bank,    PO Box 30943,
              Salt Lake City, UT 84130-0943
22229844    +EDI: RMSC.COM Apr 05 2013 21:48:00      GE Capital Retail Bank,    Bankruptcy Dept.,
              PO Box 103104,    Roswell, GA 30076-9104
22229846     EDI: HFC.COM Apr 05 2013 21:48:00      HSBC Card Services, Inc.,    PO Box 80084,
              Salinas, CA 93912-0084
22229845     EDI: HFC.COM Apr 05 2013 21:48:00      HSBC Card Services, Inc.,    PO Box 379,
              Wood Dale, IL 60191-0379
22229847     EDI: HUNB.COM Apr 05 2013 21:48:00      Huntington National Bank,    PO Box 1558,
              Columbus, OH 43216-1558
22229848    +EDI: TSYS2.COM Apr 05 2013 21:48:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
22229852     EDI: SEARS.COM Apr 05 2013 21:48:00      Sears Credit Cards,    PO Box 6282,
              Sioux Falls, SD 57117-6282
                                                                                                TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2013**          **Signature:**          *Joseph Speetjens*

```
District/off: 0647-3           User: dhern                 Page 2 of 2                 Date Rcvd: Apr 05, 2013
                               Form ID: 227i               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:
        Elliot H Feit   on behalf of Debtor James P. Dillon ehf1@accesstoledo.com
        Elliot H Feit   on behalf of Debtor Linda M. Dillon ehf1@accesstoledo.com
        Patti  Baumgartner-Novak   pnovak@buckeye-express.com, lisa-trt2@bex.net;OH76@ecfcbis.com
                                                                                                                   TOTAL: 3

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 4, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

## Case Information

| | |
|---|---|
| **Case Number:** 13−31357−rls<br><br>**Debtor(s):**<br>James P. Dillon<br>29 Clyde St<br>Toledo, OH 43605<br><br>Linda M. Dillon<br>29 Clyde St<br>Toledo, OH 43605<br><br>**Other names used by the Debtor(s) in the last 8 years:**<br><br>**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**<br>xxx−xx−7698<br>xxx−xx−1560 | **Attorney for Debtor:**<br>Elliot H Feit<br>420 Madison Ave<br>1010 Ohio Bldg<br>Toledo, OH 43604<br>Telephone number: 419−241−6285<br><br>**Bankruptcy Trustee:**<br>Patti Baumgartner−Novak<br>3015 Navarre Ave.<br>#203<br>Oregon, OH 43616<br>Telephone number: (419) 724−2480 |

## Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** May 28, 2013
**Time:** 09:45 AM
**Location:** Ohio Building, 420 Madison Ave, Room 680, Toledo, OH 43604

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

## Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** July 29, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

| | |
|---|---|
| **Address of the Bankruptcy Court Clerk's Office:**<br>United States Bankruptcy Court<br>1716 Spielbusch Ave Room 411<br>Toledo, OH 43604 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz<br><br>**Date:** April 5, 2013 |

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time*. If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**